| | | |
|---|---|---|
| SAFEWAY INSURANCE COMPANY OF LOUISIANA | : | 21st JUDICIAL DISTRICT COURT |
| VERSUS | : | DOCKET NUMBER: |
| LASHIEL R. PIERRE, SIDNEY RANDALL JERMAINE D. ROBERTSON, RONALD JOSEPH LIEBERT, JR., STEVEN ALLISON, ACADIAN AMBULANCE SERVICES, INC., NORTH OAKS HEALTH SYSTEM and | : | PARISH OF TANGIPAHOA |
| MEDICAID, THROUGH THE LOUISIANA DEPARTMENT OF HEATH AND HOSPITALS | : | STATE OF LOUISIANA |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PETITION FOR CONCURSUS BY CASUALTY INSURER

The petition of SAFEWAY INSURANCE COMPANY OF LOUISIANA, a domestic insurer doing business in the State of Louisiana, with respect represents that:

1.

Made defendants herein are the following:

(1) LASHIEL PIERRE, a person of the age of majority, who may be served as set out below;—answered on 3/15/10

(2) SIDNEY RANDALL, a person of the age of majority, who may be served as set out below;

(3) JERMAINE ROBERTSON, a person of the age of majority, who may be served as set out below;

(4) THE UNKNOWN LEGAL GUARDIAN(S) of Adrian Gary Liebert, minor child of Stacy Liebert;

(5) STEVEN ALLISON, legal guardian, of Ariana Marie Allison, minor child of Stacy Liebert;

(6) NORTH OAKS HEALTH SYSTEM, a domestic corporation, authorized to do and doing business in the state of Louisiana;

(7) ACADIAN AMBULANCE SERVICE, INC., a domestic corporation, authorized to do and doing business in the state of Louisiana;

(8) LOUISIANA DEPARTMENT OF HEALTH AND HOSPITALS (MEDICAID), which may be served as set out below and

Exhibit "1," in globo

2.

On September 7, 2009, there was in full force and effect a policy of automobile liability insurance issued by petitioner to Gracie Addison, under which a 2006 Chevrolet Z-71 was listed as an insured vehicle. Under said policy, petitioner agreed to pay all funds which its insured caused by an accident, arising out the ownership, maintenance or use of such automobile. TWENTY THOUSAND and 00/100 ($20,000.00) dollars is the extent of Safeway Insurance Company of Louisiana's total exposure under the referenced policy for the claims of defendants.

3.

On September 7, 2009, William Calmes, was operating the 2006 Chevrolet Z-71 when a collision occurred with a 1999 Ford Taurus vehicle being operated by Stacy Liebert, which was owned by Gary Lewis and in which vehicle Lashiel Pierre, Sidney Randall and Jermaine Robertson, were passengers. The collision occurred at the intersection of Louisiana Highway 1040 and South Baptist Road in the parish of Tangipahoa, state of Louisiana.

4.

As a result of the referenced accident, Stacy Liebert died. The unknown legal guardian(s) of the minor, Adrian Gary Liebert and Steven Allison, legal guardian of the minor, Ariana Marie Allison, both minor children of Stacy Liebert, as well as Lashiel Pierre, Sidney Randall and Jermaine Robertson, sustained injuries and/or suffered damages and are entitled to recover all damages for injury to same caused by the accident arising out of any negligence or fault of William Calmes and/or Gracie Addison. Defendants have asserted claims exceeding the applicable policy limits of petitioner's policy.

5.

Such is the seriousness of the damages sustained by the unknown legal guardian(s) of the minor, Adrian Gary Liebert and Steven Allison, legal guardian of the minor, Ariana Marie Allison, both minor children of Stacy Liebert, as well as Lashiel Pierre, Sidney Randall and Jermaine Robertson and recoverable by defendants, that the amount of the award would obviously exceed Petitioner's policy limits.

6.

Petitioner expressly admits its liability to Ronald Joseph Liebert, Jr., legal guardian of the minor, Adrian Gary Liebert and Steven Allison, legal guardian of the minor, Ariana Marie Allison, both minor children of Stacy Liebert, as well as Lashiel Pierre, Sidney Randall and Jermaine Robertson for its policy limits of TWENTY THOUSAND and NO/100 ($20,000.00) dollars and same is not to be construed as an admission of liability of its insured, William Calmes and/or Gracie Addison, under the policy issued and that it is the defendants' responsibility to determine the amount of recovery to be provided to each.

7.

Petitioner further states and informs the defendants and the court that it has been put on notice of liens by Acadian Ambulance Service, Inc., in regard to services rendered to Stacy (Lewis) Liebert, Jermaine Robertson, Lashiel Pierre, Sidney Randall and Jermaine Robertson and, therefore, Acadian Ambulance Service, Inc., is named as a defendant herein.

8.

Petitioner further states and informs the defendants and the court that it has been put on notice of liens by North Oaks Health System, in regard to services rendered to Lashiel Pierre, Jermaine Robertson, and Sidney Randall and, therefore, North Oaks Health System is named as a defendant herein.

9.

Petitioner further states and informs the defendants and the court that it believes there to be lien rights by the Louisiana Department of Health and Hospitals in regard to Medicaid on the accounts of Lashiel Pierre and Jermaine Robertson, therefore, that entity is named as a defendant herein.

10.

Petitioner, therefore, deposits into the Registry of this Honorable Court the full sum of TWENTY THOUSAND and NO/100 ($20,000.00) DOLLARS, for the benefit of the unknown legal guardian(s) of the minor, Adrian Gary Liebert and Steven Allison, legal guardian of the minor, Ariana Marie Allison, both minor children of Stacy Liebert, as well as Lashiel Pierre, Sidney Randall and Jermaine Robertson, Acadian Ambulance Service, Inc., North Oak Health System, and the Louisiana

Department of Health and Hospitals in regard to Medicaid as may be decreed by this Court to be entitled thereto. Petitioner further avers that it should be relieved and discharged of all further liability to said defendants whatsoever, joined out of or related to said accident and injuries sustained therein.

WHEREFORE, petitioner prays that:

(1) The Clerk and Recorder of the Tangipahoa Parish Court for the 21st Judicial District, be authorized and directed to receive from petitioner the said sum of TWENTY THOUSAND and NO/100 ($20,000.00) DOLLARS, herein deposited for the benefit of any and all of the defendants named herein;

(2) Each of said defendants be duly served with a copy of the Petition for Concursus and be duly cited to appear and answer same and to assert their claims therein against said funds now deposited contradictorily against each other;

(3) There be judgment herein in favor of petitioner and against all the said defendants, decreeing that petitioner cannot be held liable for any sum whatsoever in any way or in any manner related to or arising out of said action, and more particularly, for any injury, loss or damage sustained by defendants;

(4) The costs incurred by petitioner for instituting this concursus, as well as all other costs of court herein, be paid out of the amount deposited in preference and priority to any payment to any named defendant; and

(5) That petitioner be granted injunctive relief and that all defendants named herein be prohibited from instituting or prosecuting any other action or proceeding against petitioner with regard to the subject accident in any court of this state.

Respectfully submitted,

BORNE & WILKES, L.L.P.

Original signed by
Keith M. Borne

BY: _____
KEITH M. BORNE (# 3258)
200 West Congress Street, Suite 1000
Post Office Box 4305
Lafayette, LA 70502-4305
Telephone: (337) 232-1604, Ext 209
ATTORNEYS FOR SAFEWAY INSURANCE
COMPANY OF LOUISIANA

**PLEASE SERVE:**

The Unknown Legal Guardian(s)
of Adrian Gary LIEBERT
Please withhold service

STEVEN ALLISON
as guardian of Ariana Marie Allison
Please withhold service

SIDNEY RANDALL
45270 St. Paul Loop
Hammond, LA 70401
served domiciliary Feb 24, 2010

JERMAINE ROBERTSON
45573 St. Paul Loop
Hammond, LA 70401
domiciliary Feb 25, 2010

LASHIEL PIERRE
31515 South Bell Street
Springfield, LA 70462
served domiciliary 3/5/10

ACADIAN AMBULANCE SERVICE, INC.
Please withhold service

NORTH OAKS HEALTH SYSTEM
through Amy Sanders
15790 Paul Vega MD Drive
Hammond, LA 70403
served personal Feb 24, 2010

LOUISIANA DEPARTMENT OF HEALTH
AND HOSPITALS ( MEDICAID)
Through the Secretary of the Louisiana
Department of Health and Hospitals
Dr. Fred Cerise
Bienville Building
628 N. 4th Street
Baton Rouge, LA 70802
served personal Feb 25

| | | |
|---|---|---|
| SAFEWAY INSURANCE COMPANY OF LOUISIANA | : | 21st JUDICIAL DISTRICT COURT |
| | : | DOCKET NUMBER: |
| VERSUS | | |
| LASHIEL R. PIERRE, SIDNEY RANDALL JERMAINE D. ROBERTSON, RONALD JOSEPH LIEBERT, JR., STEVEN ALLISON, ACADIAN AMBULANCE SERVICES, INC., NORTH OAKS HEALTH SYSTEM and | : | PARISH OF TANGIPAHOA |
| MEDICAID, THROUGH THE LOUISIANA DEPARTMENT OF HEATH AND HOSPITALS | : | STATE OF LOUISIANA |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing petition,

**IT IS ORDERED**, that the Clerk and Recorder of the Tangipahoa Parish Court for the 21st Judicial District accept from SAFEWAY INSURANCE COMPANY OF LOUISIANA the sum of TWENTY THOUSAND and NO/100 ($20,000.00) DOLLARS, as stated in the petition, subject to further orders of this Court and to give his receipt therefore and be directed to deposit the said sum in the judicial depository of this Court; and to deduct all advanced costs required in this proceeding from the funds deposited herein.

**THUS DONE AND SIGNED** at Pineville, Louisiana, on this ___ day of _____, 2010.

_____
JUDGE

| | | |
|---|---|---|
| SAFEWAY INSURANCE COMPANY OF LOUISIANA | : | 21st JUDICIAL DISTRICT COURT |
| | : | DOCKET NUMBER: |
| VERSUS | | |
| LASHIEL R. PIERRE, SIDNEY RANDALL JERMAINE D. ROBERTSON, RONALD JOSEPH LIEBERT, JR., STEVEN ALLISON, ACADIAN AMBULANCE SERVICES, INC., NORTH OAKS HEALTH SYSTEM and MEDICAID, THROUGH THE LOUISIANA DEPARTMENT OF HEATH AND HOSPITALS | : : | PARISH OF TANGIPAHOA STATE OF LOUISIANA |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### FIRST AMENDING PETITION FOR CONCURSUS

NOW INTO COURT, through undersigned counsel, comes SAFEWAY INSURANCE COMPANY OF LOUISIANA, who desires to supplement and amend its Petition for Concursus as follows:

I.

To substitute RONALD JOSEPH LIEBERT, SR., and SUSAN T. LIEBERT as the legal guardian of the minor Adrian Gary Liebert, minor child of Stacy Liebert, in place of the Unknown Legal Guardian(s) of Adrian Gary Liebert; wherever same appears in the original petition, and

II

To substitute MARIE CLAIRE VARNELL, as the legal guardian of Ariana Allison, minor child of Stacy Liebert, in place of Steven Allison, legal guardian, of Ariana Marie Allison., wherever same appears in the original petition.

WHEREFORE, premises considered, Plaintiff, Safeway Insurance Company of Louisiana reasserts the prayer in its original petition for damages.

AND FOR ALL GENERAL AND EQUITABLE RELIEF.

BORNE & WILKES, L.L.P.
*Original signed by Keith M. Borne*

BY: _____
KEITH M. BORNE (Bar Roll #3258)
200 West Congress Street, Suite 1000
Post Office Box 4305
Lafayette, Louisiana 70502-4305
Telephone: (337) 232-1604, Ext 209
ATTORNEYS FOR SAFEWAY INSURANCE COMPANY OF LOUISIANA

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing has this day been forwarded to all counsel of record by depositing same in the United States mail, properly addressed and postage prepaid.

Lafayette, Louisiana, this _____ day of March, 2010.

Original signed by
Keith M. Borne

_____
KEITH M. BORNE

Please serve:

Marie Claire Varnell
through the Louisiana Long Arm Statute
with the Original and Supplemental and Amending Petition

Ronald Joseph Liebert, Sr. and Susan Liebert
6373 General Diaz
New Orleans, 70124
with the Original and Supplemental and Amending Petition
Ronald Joseph Liebert, Sr. - domiciliary by daughter, Ashley - 4/6/2010
Susan Liebert - domiciliary by daughter, Ashley - 4/6/2010

| | | |
|---|---|---|
| SAFEWAY INSURANCE COMPANY OF LOUISIANA | : | 21st JUDICIAL DISTRICT COURT |
| | : | DOCKET NUMBER: |
| VERSUS | | |
| LASHIEL R. PIERRE, SIDNEY RANDALL JERMAINE D. ROBERTSON, RONALD JOSEPH LIEBERT, JR., STEVEN ALLISON, ACADIAN AMBULANCE SERVICES, INC., NORTH OAKS HEALTH SYSTEM and | : | PARISH OF TANGIPAHOA |
| MEDICAID, THROUGH THE LOUISIANA DEPARTMENT OF HEATH AND HOSPITALS | : | STATE OF LOUISIANA |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION and ORDER FOR LEAVE OF COURT TO FILE FIRST AMENDING PETITION FOR CONCURSUS

NOW INTO COURT, through undersigned counsel, comes SAFEWAY INSURANCE COMPANY OF LOUISIANA, plaintiff in the above captioned matter, who moves this Honorable Court for leave to file its First Amending Petition for Concursus and would show unto this Honorable Court that no trial date has been set and that no delay will result by granting this Motion.

WHEREFORE, premises considered, Safeway Insurance Company of Louisiana prays that it be granted leave to file its First Supplemental and Amending Petition for Concursus.

Respectfully submitted,

BORNE & WILKES, L.L.P.
Original signed by
Keith M. Borne

BY: _____
KEITH M. BORNE (# 3258)
200 West Congress Street, Suite 1000
Post Office Box 4305
Lafayette, Louisiana 70502-4305
Telephone: (337) 232-1604, Ext 209
ATTORNEYS FOR SAFEWAY INSURANCE COMPANY OF LOUISIANA

| | | |
|---|---|---|
| SAFEWAY INSURANCE COMPANY OF LOUISIANA | : | 21st JUDICIAL DISTRICT COURT |
| | : | DOCKET NUMBER: |
| VERSUS | | |
| LASHIEL R. PIERRE, SIDNEY RANDALL JERMAINE D. ROBERTSON, RONALD JOSEPH LIEBERT, JR., STEVEN ALLISON, ACADIAN AMBULANCE SERVICES, INC., NORTH OAKS HEALTH SYSTEM and MEDICAID, THROUGH THE LOUISIANA DEPARTMENT OF HEATH AND HOSPITALS | : | PARISH OF TANGIPAHOA |
| | : | STATE OF LOUISIANA |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### O R D E R

Considering the foregoing Motion for Leave to File First Amending Petition for Concursus;

**IT IS ORDERED** that SAFEWAY INSURANCE COMPANY OF LOUISIANA be granted leave of court to file its First Supplemental and Amending Petition for Concursus in this matter.

**THUS DONE AND SIGNED** on this ____ day of _____, 2010, at Amite, Louisiana.

_____
JUDGE

# BORNE & WILKES, L.L.P.
## Attorneys at Law
200 West Congress Street
Suite 1000
Post Office Box 4305
Lafayette, Louisiana 70502-4305

Keith M. Borne
borne@bornewilkes.com

Telephone (337) 232-1604  Ext. 209
Facsimile (337) 232-1837

April 26, 2010

Mr. Peter Mansfield, Asst. U. S. Attorney
Office of James B. Letten, U. S. Attorney
Eastern District of Louisiana
210B Hale Boggs Federal Building
500 Poydras Street
New Orleans, La 70130

      RE:    Safeway Insurance Company of Louisiana v. Lashiel Pierre, et al
               Docket No: 2010-0000737; 21st JDC; Tangipahoa Parish

Dear Mr. Mansfield:

      Enclosed please find a courtesy copy of a Second Supplemental and Amending Petition for Concursus which I am filing in regard to the referenced matter. Also enclosed are copies of the original Petition for Concursus, as well as the First Amending Petition for Concursus. This suit involves an automobile accident which occurred on September 7, 2009. Safeway Insurance Company of Louisiana has deposited its policy limits into the registry of the court.

      I have additionally attached for your benefit copies of correspondence I have received from the Louisiana Department of Health and Hospitals in regard to Sydney Randall and Jermaine Robertson, which indicate that these individuals are Medicare recipients. However, it is not clear whether Medicare has actually paid out funds with regard to the September 7, 2009 automobile accident.

      Due to the limited funds, it would be extremely helpful if you could waive service and file an answer, indicating whether or not Medicare has a claim to any of the deposited monies. Please review this and advise me by May 15, 2010, whether you can waive service of citation.

      With best wishes, I remain

                                                                   Very truly yours,

                                                                   KEITH M. BORNE
                                                                   (337) 232-1604 Ext. 209

KMB:ccd
Enclosures
c:    Mr. Robert Fenet (w/out encl.)                    Mr. Lashiel Pierre (w/out encl.)
      Ms. Vanessa L. Miles (w/out encl.)

# BORNE & WILKES, L.L.P.

Attorneys at Law
200 West Congress Street
Suite 1000
Post Office Box 4305
Lafayette, Louisiana 70502-4305

Keith M. Borne
borne@bornewilkes.com

Telephone (337) 232-1604  Ext. 209
Facsimile (337) 232-1837

April 26, 2010

Tangipahoa Parish Clerk of Court
Post Office Box 667
Amite, Louisiana 70422

     RE:   Safeway Insurance Company of Louisiana v. Lashiel Pierre, et al
            Docket No: 2010-0000737; 21st JDC; Tangipahoa Parish

Dear Sir:

     Enclosed herein please find the original and one copy of a Second Amending Petition for Concursus and Order regarding same, which I ask that you please file in the referenced matter. When same has been filed, please return a conformed copy to me.

     Additionally, pursuant to the Order previously filed, please deduct all advanced costs required in this proceeding from the funds deposited in the registry of the court.

     With best wishes, I remain

                                  Very truly yours,
                                **Original signed by**
                              **Keith M. Borne**

                              KEITH M. BORNE

KMB:ccd
Enclosures
c:   Mr. Robert Fenet
     Ms. Vanessa L. Miles
     Mr. Lashiel Pierre
     Mr. Peter Mansfield

| | | |
|---|---|---|
| SAFEWAY INSURANCE COMPANY OF LOUISIANA | : | 21st JUDICIAL DISTRICT COURT |
| VERSUS | : | DOCKET NUMBER: 2010-0000737 |
| LASHIEL R. PIERRE, SIDNEY RANDALL JERMAINE D. ROBERTSON, RONALD JOSEPH LIEBERT, JR., STEVEN ALLISON, ACADIAN AMBULANCE SERVICES, INC., NORTH OAKS HEALTH SYSTEM and | : | PARISH OF TANGIPAHOA |
| MEDICAID, THROUGH THE LOUISIANA DEPARTMENT OF HEATH AND HOSPITALS | : | STATE OF LOUISIANA |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SECOND AMENDING PETITION FOR CONCURSUS

NOW INTO COURT, through undersigned counsel, comes SAFEWAY INSURANCE COMPANY OF LOUISIANA, who desires to supplement and amend its Petition for Concursus as follows:

I.

To supplement paragraph 1 of the original Petition for Concursus by adding an additional defendant as follows:

"(6) The U. S. Department of Health and Human services, (Medicare).

II

To add an additional paragraph to be number 9-A of the original Petition for Concursus as follows:

Petitioner further states and informs the defendants and the court that it believes there to be lien rights by the United States Department of Health and Human Services on the accounts of Sidney Randall (xxx-xx-5972-A) and Jermaine Robertson (xxx-xx-2319-A) and therefore, that entity is named as a defendant herein.

WHEREFORE, premises considered, Plaintiff, Safeway Insurance Company of Louisiana reasserts the prayer in its original petition for damages.

AND FOR ALL GENERAL AND EQUITABLE RELIEF.

                      BORNE & WILKES, L.L.P.

BY: *Original signed by Keith M. Borne*
_____
KEITH M. BORNE (Bar Roll #3258)
200 West Congress Street, Suite 1000
Post Office Box 4305
Lafayette, Louisiana 70502-4305
Telephone: (337) 232-1604, Ext 209
ATTORNEYS FOR SAFEWAY INSURANCE
COMPANY OF LOUISIANA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has this day been forwarded to all counsel of record by depositing same in the United States mail, properly addressed and postage prepaid.

Lafayette, Louisiana, this _____ day of April, 2010.

*Original signed by Keith M. Borne*

_____
KEITH M. BORNE

Please withhold service at this time.

| | | |
|---|---|---|
| SAFEWAY INSURANCE COMPANY OF LOUISIANA | : | 21st JUDICIAL DISTRICT COURT |
| | : | DOCKET NUMBER: 2010-0000737 |
| VERSUS | | |
| LASHIEL R. PIERRE, SIDNEY RANDALL JERMAINE D. ROBERTSON, RONALD JOSEPH LIEBERT, JR., STEVEN ALLISON, ACADIAN AMBULANCE SERVICES, INC., NORTH OAKS HEALTH SYSTEM and | : | PARISH OF TANGIPAHOA |
| MEDICAID, THROUGH THE LOUISIANA DEPARTMENT OF HEATH AND HOSPITALS | : | STATE OF LOUISIANA |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION and ORDER FOR LEAVE OF COURT TO FILE FIRST AMENDING PETITION FOR CONCURSUS

NOW INTO COURT, through undersigned counsel, comes SAFEWAY INSURANCE COMPANY OF LOUISIANA, plaintiff in the above captioned matter, who moves this Honorable Court for leave to file its Second Amending Petition for Concursus and would show unto this Honorable Court that no trial date has been set and that no delay will result by granting this Motion.

WHEREFORE, premises considered, Safeway Insurance Company of Louisiana prays that it be granted leave to file its Second Supplemental and Amending Petition for Concursus.

Respectfully submitted,

BORNE & WILKES, L.L.P.

Original signed by
Keith M. Borne

BY: _____
KEITH M. BORNE (# 3258)
200 West Congress Street, Suite 1000
Post Office Box 4305
Lafayette, Louisiana 70502-4305
Telephone: (337) 232-1604, Ext 209
ATTORNEYS FOR SAFEWAY INSURANCE COMPANY OF LOUISIANA

| | | |
|---|---|---|
| SAFEWAY INSURANCE COMPANY OF LOUISIANA | : | 21st JUDICIAL DISTRICT COURT |
| VERSUS | : | DOCKET NUMBER: 2010-0000737 |
| LASHIEL R. PIERRE, SIDNEY RANDALL JERMAINE D. ROBERTSON, RONALD JOSEPH LIEBERT, JR., STEVEN ALLISON, ACADIAN AMBULANCE SERVICES, INC., NORTH OAKS HEALTH SYSTEM and MEDICAID, THROUGH THE LOUISIANA DEPARTMENT OF HEATH AND HOSPITALS | : : | PARISH OF TANGIPAHOA STATE OF LOUISIANA |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Motion for Leave to File First Amending Petition for Concursus;

**IT IS ORDERED** that SAFEWAY INSURANCE COMPANY OF LOUISIANA be granted leave of court to file its Second Supplemental and Amending Petition for Concursus in this matter.

**THUS DONE AND SIGNED** on this ____ day of _____, 2010, at Amite, Louisiana.

_____
JUDGE